**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RONAL FRANCISCO GARCIA FALLA,<br><br>PETITIONER,<br>v.<br><br>TODD BLANCHE, ATTORNEY GENERAL OF THE UNITED STATES; WARDEN OF ELIZABETH DETENTION CENTER; JONATHAN FLORENTINO, ACTING FIELD OFFICE DIRECTOR, NEWARK FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT; MARKWAYNE MULLIN, SECRETARY, DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT; DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>RESPONDENTS. | Docket No. 3:26-cv-06900-ZNQ |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. SEC. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure Section 41(a)(1)(A)(i), Petitioner Ronal Francisco Garcia Falla gives notice that this action is voluntarily dismissed.

Respondents have not yet served a motion for summary judgment in this action. Accordingly, Petitioner notices voluntary dismissal of this action, without prejudice. See Fed. R. Civ. P. Sec. 41(a)(1)(B).

Respectfully submitted,

Dated: October 6, 2026

/s/ LISA J. KASDAN, ESQ.

LISA J. KASDAN, ESQ.
Law Office of Marcia Kasdan
127 Main Street, Floor 1
Hackensack, NJ 07601-7103
Tel. (201) 498-0777; Fax (201) 498-0701
Email marciakasdanlaw@ gmail.com

**SO ORDERED:**

Dated: October 14, 2026

s/ Zahid N. Quraishi
ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE